IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLIFFORD THOMAS BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CV-303-GKF-SH |
| ) | |
| VICKI LYNN DALTON, individually, ) | |
| BRYAN PATINO, individually, ) | |
| RILEY BREEDLOVE, individually, ) | |
| ALFRED COACHMAN, ) | |
| ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Amend the Current Scheduling Order [Doc. 33]. For good cause shown, the Court hereby grants the Motion and sets the following deadlines:

| Event | New Deadline |
|---|---|
| Plaintiff's Expert Identification and Reports | 1/4/2023 |
| Defendant's Expert Identification and Reports | 1/18/2023 |
| Discovery to be completed | 2/1/2023 |
| Dispositive Motions and Daubert Motions | 2/15/2023 |
| Motions in Limine | 2/15/2023 |
| Hearing on Dispositive Motions | 6/13/2023 @ 1:30 p.m. |

All scheduling deadlines and hearings not reset by this Amended Scheduling Order shall be reset upon resolution of dispositive motions, if any

**IT IS SO ORDERED** that no date set by this Order may be changed except for good cause and upon written order of this Court.

**IT IS FURTHER ORDERED** that the settlement conference set November 9, 2022, at 9:00 a.m. REMAINS as set. If the parties wish to continue the settlement conference, a separate motion must be filed.

DATED this 28th day of October, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE