UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Clifford Thomas Boles,** | |
| **Plaintiff(s),** | |
| vs. | **Case No.: 21-cv-303-GKF-SH** |
| **Bryan Patino et al.,** | |
| **Defendant(s).** | |

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

Before the Court is the Joint Motion to Reschedule Settlement Conference (Dkt. # 34) in which the Parties seek a continuance of the Settlement Conference presently set on November 9, 2022, before Adjunct Settlement Judge Charles (Chad) Moody. For good cause shown, the Court finds that the Motion should be and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Plaintiff's Settlement Conference Statement due by March 15, 2023;

Defendant's Settlement Conference Statement due by March 22, 2023;

Settlement Conference Rescheduled for **March 29, 2023 at 9:00 a.m.**

**IT IS FURTHER ORDERED THAT** all mandatory guidelines set forth in the Court's original Settlement Conference Order shall remain in effect.

**ORDERED** this 31st day of October, 2022.

_____
Christine D. Little, U.S. Magistrate Judge