IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CLIFFORD THOMAS BOLES,<br><br>Plaintiff,<br><br>v.<br><br>(1) VICKI LYNN DALTON, individually<br>(2) BRYAN PATINO, individually<br>(3) RILEY BREEDLOVE, individually<br>(4) ALFRED COACHMAN<br><br>Defendants. | Case No.: 21-CV- 00303-GKF-SH |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Clifford Thomas Boles, and the Defendants Riley Breedlove and Alfred Coachman by and through their respective counsel, and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal without prejudice of Riley, Breedlove and Alfred Coachman. This dismissal terminates all parties because Defendant Dalton was previously dismissed. The parties further stipulate that each party to this action shall bear such party's own costs, expenses, and attorney fees.

Dated this 23rd day of March, 2023.

S//Brendan M. McHugh
s/ Brendan M. McHugh
Brendan M. McHugh, OBA #18422
Attorney for Plaintiff
P.O. Box 1392
Claremore, OK 74018
Tele: (918) 608-0111
Fax: (918) 803-4910

**CERTIFICATE OF DELIVERY**

I Certify That On The 23 day of March 2023, I Caused A Copy Of The Above Document To Be Delivered Via The Court's ECF Delivery System To:

Scott B. Wood

S/Brendan M. McHugh