IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) CLIFFORD THOMAS BOLES;          )<br>                                                     )<br>        Plaintiff,                              )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>1) VICKI LYNN DALTON, individually;   )<br>2) BRYAN PATINO, individually;              )<br>3) RILEY BREEDLOVE, individually; and )<br>4) ALFRED COACHMAN,                       )<br>                                                     )<br>        Defendants.                         )    | Case No.  21-cv-00303-GKF-SH |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Clifford Thomas Boles, and the Defendants Riley Breedlove and Alfred Coachman by and through their respective counsel, and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal without prejudice of Riley Breedlove and Alfred Coachman. This dismissal terminates all parties because Defendant Dalton was previously dismissed. The parties further stipulate that each party to this action shall bear such party's own costs, expenses, and attorney fees.

Dated this 12th day of June, 2023.

Respectfully submitted,

s/Brendan M. McHugh
*(By Dana Jim, with permission)*
Brendan M. McHugh, OBA #18422
*Attorney for Plaintiff*
P.O. Box 1392
Claremore, OK  74018
Tele:(918) 608-0111
Fax: (918) 803-4910
Email:Brendan@lawinok.com
and
Dana Jim, OBA #19495
P.O. Box 1011
Vinita, Oklahoma 74301

        Tele: (918) 457-6626
        Fax: (918) 517-3431
        Email: danajimlaw@gmail.com
        *Co-Counsel for Plaintiff*

        *s/Scott Wood*
        *(By Dana Jim, with permission)*
        Scott Wood, OBA # 12536
        2409 E Skelly Dr, Ste 200
        Tulsa, OK 74105
        *Attorney for Defendants Riley Breedlove and Alfred Coachman*

## **CERTIFICATE OF SERVICE**

I certify that on 12th day of June, 2023, I filed a true and correct copy of the foregoing document with the Court's Electronic Case Filing system, which will send a Notice of Electronic Filing to, and thereby effect service upon, the following:

All parties through their counsel of record.

        /s Dana Jim
        Dana Jim
        *Co-Counsel for Plaintiff*